**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

**IN RE:**

**LAMONT SHEPARD,**

No. 1:26-mc-00132-SAB

ORDER DIRECTING SUPERVISING DEPUTY ATTORNEY TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO BE EXEMPT FROM ELECTRONIC FILING OF COMPLAINT

On October 30, 2026, inmate Lamont Shepard filed a motion for leave and/or exemption from the requirement to electronically file his civil rights complaint pursuant to 42 U.S.C. § 1983.

Plaintiff requests an exemption from the electronic filing requirement. (ECF No. 1.) Plaintiff states that the institution's library is closed due to staff shortages, making it difficult for him to access the resources necessary to electronically file his complaint. (Id.) Accordingly, Plaintiff asserts that mailing his complaint would be more convenient. (Id.) In order to properly evaluate Plaintiff's motion, the Court will order a response to be filed by Supervising Deputy Attorney Lawrence Bragg.

Accordingly, it is HEREBY ORDERED that:

1. Within **seven (7)** days from the date of this order, Supervising Deputy Attorney Lawrence Bragg shall file a response to Plaintiff's motion; and

/ / /

/ / /

2. No case as to the merits of Plaintiff's claim will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's electronic filing procedures.

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge